UNITED STATES DISTRICT COURT
DISTRICT OF FLORIDA
FILE ON DEMAND

Joshua-Wayne Rabold,        CASE NUMBER:

    Plaintiff,


Amanda Faye Hayes, Janis Hunt

    Defendant.        DATE:

_____/

REGISTERED MAIL:RF232092595US

## DECLARATION

COME NOW Plaintiff: Joshua-Wayne Rabold one of we the people of the United States, bring this cause before this Court of Record, for the injuries caused by Amanda Faye Hayes, and Janice Hunt Defendant(s) here in.

This Court has jurisdiction, Federal rules of civil procedure are adopted. Further stated within the appendix.

I, Joshua-Wayne Rabold, Plaintiff, HEREBY CLAIM: That Amanda Faye Hayes, and Janice Hunt the Defendant(s) are trespassing, infringing and depriving me of my Constitutional, and Natural rights without right.

## FACTS

1. The Defendant(s) engaged in fraud by having married property (deed) filed into the official record without plaintiff name and signature upon the deed which is required by law(joinder-of-spouse), signed 25th of June, 2018, gaining the property to Defendant: Janice Hunt fraudulently. Then the Defendant: Janice Hunt signed over the deed to Defendant: Amanda Faye Hayes as a single woman while still married making it appear that the Plaintiff has no right to the property, signed$16^{th}$ day of December,2019. Robbing the Plaintiff of the monetary and sweat equity invested into the property and rights thereof. See Exhibit B.
2. The Defendant: Amanda Faye Hayes committed fraud by gaining a loan against the married property, claiming to be a single woman while married, the loan is for $5761.04 dollars signed 15th of June 2023, giving the appearance of validity to the deed. It shows the Defendant had knowledge of the fraud and the Defendant(s) actions are intentional. See Exhibit B

**Page 1 of 6**

UNITED STATES DISTRICT COURT
DISTRICT OF FLORIDA

3.  The Defendant(s) are committing an act of conspiracy to commit offence.
4.  The pleading from case: 05-2022-DR-040102-XXXX-XX that the Defendant(s) initiated are insufficient to evoke judicial authority for they lack subject matter jurisdiction.. (4a.) A challenge to Subject Matter Jurisdiction was filed but the court never proved subject matter jurisdiction leaving that court without jurisdictional subject-matter or authority to pass judgment.(4b.)The judgement also enforces the fraud the defendant filed into the official record and is an unconstitutional action.(4c) Force the awesome power of the state onto the Plaintiff without right. See Exhibit A.
5.  Enforcement of an invalid and void from the beginning judgement that deprived the plaintiff of Constitutional rights and protections, by (5a)Separating a Father from his offspring without right,(5b) by separating of property and rights without right, is an offence and wrong to do. See Exhibit A.
6.  Unlawful arrest of the plaintiff on the 28th of December, 2024 by action of the Defendant(s).
7.  The Defendant(s) remained silent in the face of a duty to speak.
8.  The Defendant(s) have a duty to not trespass, infringe, and deprive others of their Constitution and Natural rights.

Plaintiff, is seeking full custody of the offspring, quite title of property: Lot 16, Block 6, Sherwood Estates Unit 5,Plat Book 19, Page 137 Public Record of Brevard County, Florida, removal of the final judgment from the official record and damages of ten cents a second for every second deprived of rights or property.

WHEREFOR: The Plaintiff wishes for this Court to grant:(a) full custody of the offspring,(b) quiet title for the above mentioned properties,(c) removal from the official record the final judgment for dissolution of marriage,(d) damages of 10 cents a second for every second deprived of rights or property(from 28th of December, 2023, till resolved), and(e) any other remedy this Court may find reasonable.

NOTE: Attached to this claim: notice les pendens, motion to set trial, notice of summons.

UNDER PENALTY OF PERJURY I, Joshua-Wayne Rabold, Plaintiff verify that the information and facts are true and accurate to the best of my ability, so help me God.

SIGNED THIS DAY ___28th of August___,2024, at Brevard county, Florida.

UNITED STATES DISTRICT COURT
DISTRICT OF FLORIDA

*Copy sent to the defendants*
*Via Road* [handwritten]

Joshua-Wayne Rabold,

Plaintiff.

ADDRESS: 1567 Pinetree Lane North West, Palm Bay, Florida (32907)

## APPENDIX

The law of the case are: the Organic laws of United States, Magna Carta, the use and customs of the People, all rights granted by God and established by Founding Fathers of this Nation.

Those who trespass upon this case shall be held of contempt of court.

Fraud voids all.

Notice to one, is notice to all.

The Defendant(s) are given 21 days to provide an answer in writing under penalty of perjury to the claim or provide restitution in full to the injuries.

Every injury shall have a remedy, those who commit fraud lose the object, person or thing in which the fraud was used to gain.

This Court will provide remedy without delay or charge. See Exhibit A (10).

No people shall be taken, or imprisoned, or disseized, or outlawed, or exiled, or in any way harmed--nor will we go upon or send upon him--save by the lawful judgment of his peers or by the law of the land.

To none will we sell, to none deny or delay, right or justice.

Leviticus 2 "If anyone sins and is unfaithful to the Lord by deceiving a neighbor about something entrusted to them or left in their care or about something stolen, or if they cheat their neighbor, 3 or if they find lost property and lie about it, or if they swear falsely about any such sin that people may commit— 4 when they sin in any of these ways and realize their guilt, they must return what they have stolen or taken by extortion, or what was entrusted to them, or the lost property they found, 5 or whatever it was they swore falsely about. They must make restitution in full, add a fifth of the value to it and give it all to the owner on the day they present their guilt offering.

Page 3 of 6